The People of the State of Illinois, defendant in error, v. James Hord, plaintiff in error.

Opinion filed July 16, 1928.

A. N. Tolliver, for plaintiff in error. Clarence T. Smith, State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

King City Building & Loan Association, appellant, v. Thomas E. Summers et al. May E. Beal, executrix, appellee.

Opinion filed July 16, 1928.

Albert Watson, for appellant. Conrad Schul, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Buffalo Insurance Company of the City of Buffalo, New York, appellant, v. J. A. Carnahan, appellee.

Opinion filed July 16, 1928.

Wm. H. Green, for appellant. Conrad Schul, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.